To whom it may concern

My name is Timothy Robert Marsh I'm being held at the Somerset County Jail in Somerset PA. I know I'm not in your district but no one else will help me I was Emailing Adrian Lowe a Lawyer for the aids Law project since 2019 in 2022 she had me sign a Contract/Retainer. I got an Email from Yolanda French lollis stating she was my new point of contact, before I signed the contract adrian told me she beleived I was a conflict of interest & could only help me in a Capital Crime I asked why & thats when she asked me to sighn it & Shed get back to me she never did, I filed numerous EEOC complaints one on Heavy weight inc. (champs sports bar)(Stanley's wonder wings) after working with Scott Luccessi I began getting memories, Flashbacks in 1993 he kidkapped me with James Ceiccoppa, & Paul DonRovich, & Scott always Called me stanley other employess started threating me I heard Scott say he was gonna burn my face on the Grill I walked out, My family always Called me Little Stanley I remember the court hearings Scott & James paul Even Jerry Springer he said I was undenyably my Grandfathers heir his name was James Marsh AKA Stanley his dad was John his dad was Richard, Richards first son Edward was killed, There photos of devils den in Gettysburg in 1912 I believe, is in the museums, Richards father was Joseph Marsh. after EEOC Investagator John Wozniak told me Scott dont own heavy weight inc its owned by a Timothy Robert Marsh born in windber in 1987, me, The Mobs been after me I believe there after my Son to he's 11 years old. I posted online after I learned everything that I'd be giving to the AIDS fund & finding a path to reperations. well I was arrested accused of beating Paul DonRovich with a motorcycle helmet, I did not I was found Guilty at a Bull shit trial, Paul the Alledged victim was the only Dr. allowed to testify a Bias testemony, The photo Evidence was taken by Pauls Friend & eventually turned over to the state, theres Evidence of photo shopping in them, I was forced to Pro Se I select jury & trial same day but I never examined or cross examined jury I just picked 12 off a sheet of paper & pauls medical record said he had no pain no issues, a black eye

I been in Jail since July 2023 I started at heavyweight inc & started remembering in Oct & Nov 2022 my mother Mellissa, Davis (Marra, Marsh) is involved & helps them by suppressing my memories I believe with anestesia, She had me committed telling lies saying I was psycotic & scicidal I never was, She murdered Sam Ross a local bar owner she Contracted his murder to Travis Eppley, & I believe framed me for it I told every one here They Call me a delisional Liar. Said my AIDS made me crazy my Dr told me I'm not crazy & these things were happening to keep filing complaints I did with DoJ FBI NSA ATF Federal Reserve money laundering task force, I was arrested shortly after I wrote yolanda numerous Email & wrote letters since my arrest she ignores me nobody cares but I cant let it go Scotts killed people, hes after my Son his mom & his Gram & other people you'll See in the next letter I wrote it to my Judge who will be sentencing me on May 9th It'll only make my problems worse hes clearly involved. This is our chance for Change real change we can see & feel around us please dont let it slip away just because Im Gay HIV+ or because you fear Scott Laccessi you should only fear thy God. Im Immune to the Secret sauce something Scott uses as a weapon Im also immune to Arsinic Rat poison I believe Somerset County Jail & its Guards are poisoning me with it a simple heavy metals test will prove it I have a range of physical evidence when they kidnapped me in 93 the raped me cut my finger off forced me to eat dog poop & allowed a dog to rape me my mother covered it up Please help! I'm alone I have no one there trying to kill me & my mom who abandoned me & tricked me into giving her power of attorney she coerced me into signing it & plenty of other contracts like Sam Ross's, She'll cover it up & they'll get away with it its time for Change please

Timothy R Marsh - Stanley

Judge ~~Kirrry~~

I'm writing about another issue I found while researching. I came across my Juror list. Heather Marie Miller, my cousin, has contracts Derek Ott as in DerekOtt contraction? another Contract. Jennifer Strayer as in Strayers Tanning, Strayers Gym, & all of them have Conflict of interest I knew I'd never recieve a fair Trial here. I can't believe such a Thing could happen in America & you a sitting Judge would allow it even worse to allow a innocent man to sit in Jail. What's so scary about a bunch of Pedophiles & child abusers like Scott Luccessi, James Caccioppo Paul DonRovich & Larry & Mellissa Davis (marrs, marsh). OR is it as I suspect They are Domestic Terrorist & fund Terrorist World Wide. you really should have looked into the DoJ & federal investigations. OR are you just another corrupt official lining your pockets? I don't wanna accuse any one falsely or make wild accusations but its True & every one Knows the things you people are doing for money. The people here in PA, America & world wide your hurting & killing, yeah Saxten Silvis a local Drug addict all of you profit from then look down on saw me said OMG it is him Tim Marsh They really are gonna blow us up. She dated Jordan Beaver when his dad had me sign a contract, They owned Wendys & Alpaca Ventures. a few days after I Sighned it his corvette locked him inside & bursted into flames, Guy owned Krauses Bar sighned his contract next he shot his wife & himself above the bar in Windber, Denver marsh I sighned his too next day he killed his Pregnant Girlfriend & himself. The Death/kill Squads are real its no delision how can you sit their & allow this. I told Probation about Yakicics I believe I heard the Young Girl Say Scott will kill them for what Alex (Demetrius) did, & for all the help Robin & Mark Gave & every thing they did for me he's a County Sherrif 25 year retiree from PA State Police! & your friends don't let them get hurt, please! we had a chance for real change, you Threw it away    God have Mercy on your Souls





4-14-24

request for legal forms